E. MARTIN ESTRADA
United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
LINDSEY GREER DOTSON (Cal. Bar No. 266973)
THOMAS F. RYBARCZYK (Cal. Bar No. 316124)
Assistant United States Attorneys
Public Corruption and Civil Rights Section
     1500 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-4443/8452
     Facsimile: (213) 894-0141
     E-mail:    lindsey.dotson@usdoj.gov
                thomas.rybarczyk@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 21-00485-DSF-1 |
|---|---|
| Plaintiff, | DECLARATION OF ASSISTANT U.S. ATTORNEY LINDSEY GREER DOTSON AND EXHIBITS FILED IN SUPPORT OF THE GOVERNMENT'S MOTION *IN LIMINE* NO. 2 TO EXCLUDE EVIDENCE OF DEFENDANT'S GOOD ACTS PURSUANT TO FEDERAL RULES OF EVIDENCE 403, 405, AND 405 |
| v. | |
| MARK RIDLEY-THOMAS, | |
| Defendant. | |
| | Hearing Date: February 13, 2023
Hearing Time: 8:30 a.m.
Location:     Courtroom of
              the Honorable
              Dale S. Fischer |

   Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorneys Lindsey Greer Dotson and Thomas F. Rybarczyk, hereby files the declaration of Assistant United States Attorney Lindsey Greer Dotson and attached exhibits in support of the Government's Motion In Limine No. 2 to Exclude

Evidence of Defendant's Good Acts Pursuant to Federal Rules of Evidence 403, 404, and 405.

Dated: January 13, 2023					Respectfully submitted,

							E. MARTIN ESTRADA
							United States Attorney

							SCOTT M. GARRINGER
							Assistant United States Attorney
							Chief, Criminal Division


							   /s/ Lindsey Greer Dotson
							LINDSEY GREER DOTSON
							THOMAS F. RYBARCZYK
							Assistant United States Attorneys

							Attorneys for Plaintiff
							UNITED STATES OF AMERICA

**DECLARATION OF LINDSEY GREER DOTSON**

I, LINDSEY GREER DOTSON, declare as follows:

1. I am an Assistant United States Attorney in the United States Attorney's Office for the Central District of California. I have knowledge of the facts set forth herein and could and would testify to those facts fully and truthfully if called and sworn as a witness.

2. Attached hereto are Defense Exhibits 1000, 1009, 1012, 1017, 1019, 1026, and 1046, which are true and accurate copies of proposed defense trial exhibits that the government received from counsel for defendant MARK RIDLEY-THOMAS on January 6, 2023.

3. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and that this declaration is executed at Los Angeles, California, on January 13, 2023.

*Lindsey Greer Dotson*
LINDSEY GREER DOTSON