**DEFENSE EXHIBIT 1000**



# OPENING THE DOOR TO CHANGE

### IN THE

# SECOND SUPERVISORIAL DISTRICT



U.S.D.C. Central District of California
Case No:    21-cr-00485-DSF
USA v. Mark Ridley-Thomas

**DTX-1000**

Date Entered: _____
By: _____
            Deputy Clerk

**MRT_004385**



*Printed 1/5/10*

MRT_004386

# INTRODUCTION

*"No single member of the Board of Supervisors will be able to reopen Martin Luther King, Jr. Medical Center, solve the mortgage foreclosure challenge, end gang violence or create jobs. No threesome can accomplish these things. It will take us all working together, taking advantage of the best practices employed by block clubs, neighborhood associations and neighborhood councils and municipalities within the Second District. I intend to take the 20 year project that is the Empowerment Congress to a new level of civic engagement and citizen participation."*

*Supervisor Mark Ridley-Thomas*
*December 1, 2008*



**With those words I began my service as Supervisor. A year later, we are forging ahead on our goal of joining forces to achieve great things. Nothing exemplifies this more than the foundation we have built for opening a new Martin Luther King, Jr. hospital through a partnership with the University of California. The momentum we've generated must continue to drive us forward as we tackle more great challenges. We have a vision that sees past the mountains blocking the path to our shared prosperity. We also have a plan for climbing those mountains, and, if necessary, for moving them.**

Defendant's Trial Exhibit 1000, page 3 of 37

## BACKGROUND, PURPOSE AND ROLE

Upon his election, Supervisor Mark Ridley-Thomas created a transition team with a mission far beyond the usual task of selecting staff members and setting short-term goals. He called on leaders from education, philanthropy, community groups, labor and the private sector to build a foundation for elevating living standards and empowering communities throughout the Second District.

In areas from budget reform to transportation to housing and worker training, these experts created a set of initiatives to accelerate economic and social progress in the district. This document outlines their work, and sets an early agenda for upward mobility that we expect to become even more ambitious as we move forward.

## UNDERLYING PRINCIPLE OF EMPOWERMENT

Underscoring this effort is the notion of community empowerment. Fundamentally, empowerment is a concept and experience that challenges the status quo. Central to the concept of empowerment is the belief that power, in and of itself, does not exist in isolation, nor is it inherent in individuals. Power is created in relationships: individual, familial, communal, and political. The interconnection and interaction between the individual and the community is the very essence of empowerment. It is in this context that individual activism leads to social, political, and economic change. Empowerment, therefore, is best understood in the context of dynamic relationships geared toward positive change. Meaningful change must deliver tangible results and reinforce civic engagement. Policy initiatives can alter the development or distribution of resources and improve the quality of life.



MRT_004388

Defendant's Trial Exhibit 1000, page 4 of 37

# EXECUTIVE SUMMARY

We, the people of the Second District, have inspired the world. We have hosted two Olympic Games. Our sweat and know-how helped build the jets that swiftly brought the world's citizens together, and the spacecraft that opened the universe. Our sons and daughters left home to fight—and defeat—tyrants abroad. Then they returned to show the world that all races gain power when they share power—an achievement embodied in the 1973 election of Tom Bradley as Mayor. That shining example of unity, rooted in our district, was an early prelude to Barack Obama's inauguration as President of the United States 35 years later.

Our community nurtured leaders for all: Jesse Brewer; Dr. Ruth Temple; Ahn Chang Ho; Bert Corona; Alice Greenfield McGrath; Kenneth Hahn. We are their legacy.

But today we also confront a new crisis. Too many of our once-bustling industrial plants are now vacant. Too many of our schools are over-crowded and under-staffed. Too many of our infirm suffer without health insurance and without the care once provided by Martin Luther King, Jr. Hospital. Too many of our brothers and sisters, our sons and daughters, our mothers and fathers, are no longer in our community but living on the streets of Skid Row, or behind bars in remote penitentiaries.

Our dreams are again deferred. But they are not defeated. This time, we will revive them here, again, because we know how. We know we can. We have done so before. It's time again to ignite an explosion of possibility. We've already begun.

In less than a year, we have shown we can bring back our hospital. Next we will start to bring back our jobs. We will build a rail network to move us to those jobs from our homes safely and cleanly. We will vigorously uphold codes and standards in our neighborhoods because we deserve no less.

We will divert our young men from gangs to become citizens fighting for the public good. We will slow the exodus of our young men to prison; we will mobilize those returning from incarceration to resume their duties as family and community pillars.

We will bring our family home from Skid Row.

We can accomplish this mission because we are 2.1+ million strong. The government we own together is a mighty force we can direct. We shall use that force to propel us forward. Our power comes from our ability to join forces as worker and employer, landlord and tenant, block club and school, church, temple and mosque, community organizer and elected official.

Our collective strength will empower us to support each other within our vast district; our numbers, if we are united, also give us clout to broker change across the county and state, and to be heard clearly in Washington. We have a plan.

**MRT_004389**

**Defendant's Trial Exhibit 1000, page 5 of 37**

# EXECUTIVE SUMMARY (CONTINUED)

Our ambition may be vast and our challenges daunting, but our plan is definite. It divides an awesome undertaking into immediate tasks. These smaller steps are catalysts to set off a chain reaction of work by all in our community to move us toward our broader goals. They are akin to game plans that we must execute like players focusing one game at a time on a longer quest for a championship season.

Our first-year victories have set us on that course. We have already set in place the foundations for re-opening Martin Luther King, Jr. Hospital and building the Crenshaw light rail transit line, and in the coming months, will continue to show more gains to make change better, smarter and faster. To do so, we will continue to aim high, while also aiming precisely at targets we can achieve.

**Those targets are:**

### Budget:
*Our budget problems are shared with the entire state. With roughly 6% of the California population, the Second District can and must be an influential force for change at the state level, as well as the county and federal levels.*

**Initiatives:**
- Push to repeal the two-thirds vote needed to enact a budget;
- Support a single-payer health care system for California;
- Join labor and business groups to seek federal stimulus and training funds;
- Coordinate County health care purchasing to negotiate savings.

### Economic Growth:
*Fixing the state's broken budgeting process is vital; so too is creating jobs and generating the additional income that not only improves individual lives, but keeps revenue growing. We must build new business opportunities and give workers new skills.*

**Initiatives:**
- Use the re-opening of MLK Hospital to incubate related businesses and ensure local hiring;
- Develop County and Metro contracting policies that result in the growth and development of small business;
- Invest public capital to attract private investment in neighborhoods.

### Workforce Development:
*The Los Angeles economy will not improve until the 2nd District's economy is reinvented. We cannot accept a "jobless recovery." We will prioritize our efforts in high-growth, high-value added employment sectors, including health care, alternative energy, computer technology, math, science and engineering, start-ups and entry to mid-level service sector jobs.*

MRT_004390

Defendant's Trial Exhibit 1000, page 6 of 37

# EXECUTIVE SUMMARY (CONTINUED)

**Initiatives:**

- Link K-12 schools, community colleges, district public universities and the University of Southern California to create math and science education programs to serve workers, teachers, entrepreneurs and professionals;
- Form multiple training programs for industries such as health care and hospitality at community colleges.

**Environment:**

*Leadership on environmental protection is not only important to prevent global climate change; it is crucial to elevating the wealth and health of low-income communities. Environmental hazards devastate property values for those who can least afford it, and endanger the well-being of those with the least access to medical care.*

**Initiatives:**

- Redraft the County General Plan to be based on economic development, climate change, and public health goals;
- Revitalize Compton Creek;
- Ensure proper definition and implementation of the Community Standards District for the Inglewood (Baldwin Hills) Oil Field;
- Develop long-term improvement strategies for Baldwin Hills and along Ballona Creek;
- Improve the distribution of parks across the district;
- Promote the establishment of a County Office of Sustainability and community-based Environmental Service Centers to improve waste management, transit use, and energy efficiency.

**Infrastructure:**

*Development of public sector infrastructure will ignite economic development and support environmental protection. Infrastructure will also bridge the Second District with the broader Los Angeles County, increasing accessibility to and awareness of opportunities and resources within the Second District.*

**Initiatives:**

- Transit-oriented development, stemming from the Expo, Crenshaw and Purple rail lines will be the centerpiece of the Second District's infrastructure program.

**Public Safety:**

*The Second District will provide sufficient resources and the correct strategies to end the epidemics of youth gang homicide, Post Traumatic Stress Disorder, and depression mental illness.*

MRT_004391

# EXECUTIVE SUMMARY (CONTINUED)

**Initiatives:**

- Target gang activity at public parks;
- Establish a comprehensive public safety plan for the Martin Luther King, Jr. Hospital neighborhood;
- Pursue and critically evaluate gang prevention and intervention demonstration projects in Florence-Firestone and Harbor Gateway.
- Review and improve efforts at reintegration and rehabilitation of those previously in court custody.

**Health:**
*The Second District will become a national model of urban health promotion and prevention, with accessible and high quality integrated health care for its residents.*

**Initiatives:**

- Re-open Martin Luther King, Jr. Medical Center and strengthen Drew University;
- Establish school-based clinics;
- Expand service delivery capacity, primarily in South Los Angeles;
- Strengthen Health Information Technology;
- Promote schools as wellness centers and strengthen childhood obesity prevention;
- Promote outdoor exercise and recreation by expanding and improving parks and public safety at parks.

**Housing:**
*Decent and safe housing that is affordable is the foundation for increasing one's quality of life.  The Second District will be a district that offers a range of housing options for people at all income levels.*

**Initiatives:**

- Promote new housing construction by strengthening the Housing Preservation and Production Division of the Community Development Commission and the Los Angeles County Housing Authority (HACOLA);
- Adopt a County policy on "Inclusionary" or "Mixed Income" Zoning;
- Adequately fund County-wide homeless services and programs;
- Support increased density and provide incentives;
- Engage the Empowerment Congress as well as key stakeholders to create community consensus on planning, programs, policies, and projects.

**Commissions:**
*Fair and transparent government depends on full participation. The Second District is already a leader in citizen governance through its Empowerment Congress, and will increase involvement in County governance.*

MRT_004392

Defendant's Trial Exhibit 1000, page 8 of 37

# EXECUTIVE SUMMARY (CONTINUED)

**Initiatives:**

- Upgrade the Second District website with more information about opportunities to serve on Commissions and the Office of the Supervisor should provide appropriate direction and training of its appointees;

- Devote resources to and encourage full public participation in the 2010 Census as the first step in the Congressional reapportionment and state and local government redistricting processes;

- Initiate a broad public discussion about making the Los Angeles County Board of Education, the governing body for the Los Angeles County Office of Education, subject to periodic elections. The Office of Education should be directly accountable to Los Angeles County voters.

**MRT_004393**

**Defendant's Trial Exhibit 1000, page 9 of 37**

# TRANSITION TEAM LEADERSHIP

**STEVEN B. SAMPLE, Ph. D., Transition Team Chair**
*President, University of Southern California*

**MARÍA ELENA DURAZO, Co-Chair, Commissions and Governance**
*Executive Secretary –Treasurer, Los Angeles County Federation of Labor, AFL-CIO*

**DORA LEONG GALLO, Co-Chair, Housing**
*Chief Executive Officer, A Community of Friends*

**SHIELA JAMES KUEHL, Co-Chair, Budget Reform**
*California Senator (Ret.)*

**CYNTHIA McCLAIN-HILL, Esq., Co-Chair, Small Business**
*Managing Partner, Strategic Counsel, PLC*

**C.L. MAX NIKIAS, Ph.D., Co-Chair, Infrastructure**
*Provost, University of Southern California*

**CONSTANCE L. RICE, Esq., Co-Chair, Public Safety**
*Director, The Advancement Project*

**MARK D. ROCHA, Ph.D., Co-Chair, Workforce Development**
*President, West Los Angeles College*

**ROBERT K. ROSS, M.D., Chair, Health Services**
*President and CEO, The California Endowment*

**MARTIN SCHLAGETER, Co-Chair, Environmental Quality**
*Campaign Director, Coalition for Clean Air*

### Transition Team Members

- John Arena, Business Outreach Manager, Metropolitan Water District of Southern California
- Lula Bailey Ballton and Robert Norris, West Angeles CDC
- Michelle Banks-Ordone, Project Manager, Community Redevelopment Agency of LA
- Janet Blum, Executive Director, Westside Economic Collaborative Defense Council
- Strategic Counsel, PLC
- David Crippens, Chair, UNITE-LA
- Glen Dake, Community Garden Council
- Marqueece Dawson, Executive Director, Community Coalition
- John DeCicco, Director (retired), Integrated Student Health Partnerships, LAUSD
- Larry Eisenberg, Executive Director, LACCD
- Maria Elena Durazo, Executive Secretary-Treasurer, Los County Federation of Labor
- Martha Escutia, California State Senator (retired)
- Denise Fairchild, Professor, Los Angeles Trade Technical College

Page 10

**MRT_004394**

# TRANSITION TEAM LEADERSHIP (CONTINUED)

- Renee Fraser, PhD., President and CEO, Fraser Communications
- Ruth Galanter, Principal, Galanter & Company
- Lark Galloway Gilliam, Executive Director, Community Health Councils, Inc.
- Robert Garcia, Executive Director, Counsel and Founder, The City Project
- Gene Hall, Chairman, GLAAAC
- Sheila Kuehl, California State Senator (retired)
- Art Leahy, Chief Executive Officer, Metro
- Dora Leong Gallo, Chief Executive Officer, A Community of Friends
- David Louie, Vice President, CB Richard Ellis, Inc.
- Jim Mangia, President and CEO, St. John's Well Child and Family Center
- Estela Mara Bensimon, Director, USC Center for Urban Education
- Marvin Martinez, Vice Chancellor, LACCD
- Barbara Maynard, President, Maynard Consulting Services
- Cynthia McClain Hill, Managing Partner,
- David McNeil, Executive Director, Baldwin Hills Conservancy
- Rhonda Mills, Center for Energy Efficiency and Renewable Technology
- Mary Rainwater, Executive Director, Integrated Behavioral Health Project
- Maurice Ramirez, AMCAL
- David Rattray, VP Education and Workforce Development, Los Angeles Chamber
- Angela Reddock, Trustee, Los Angeles Community College District Board (retired)
- Joel Reynolds, Director of Urban Programs, Natural Resources
- Connie Rice, Co-Director, Advancement Project
- Ernest Roberts, Executive Director, PVJOBS
- Mark Rocha, Ph.D., President, West Los Angeles College
- Gloria Rodriguez, CEO, Community Clinic Association
- James Rojas, Latino Urban Forum California
- Robert Ross President and Chief Executive Officer, the California Endowment
- Tom S. Sayles, Vice President, Government and Community Relations, USC
- Candy Saenz, South Bay Latino Chamber of Commerce
- Martin Schlageter (Chair), Campaign Director, Coalition for Clean Air
- John Semcken, Vice President, Majestic Realty
- Beth Steckler, Consultant
- Steve Tarzynski, M.D., Kaiser Permanente
- Percy Vaz, AMCAL
- Denny Zane, Executive Director, Move LA
- Paul Zimmerman, SCANPH

**MRT_004395**

Defendant's Trial Exhibit 1000, page 11 of 37

# BUDGET REFORM

## Vision

County budget reform is now paralyzed by the State requirement of a two-thirds vote by the legislature to adopt a budget or raise taxes. The two-thirds vote requirement enables factions to flout the will of the majority.

State budget delays cut off funds to the County and force costly borrowing or program cuts. State budget mandates also restrict County decision-making, preventing wise spending decisions by those best able to make them.

The County's own budget process is prolonged and the workforce engages in contingency planning that diverts time and resources from improving service delivery and enhancing efficiency.

## Values

1.  Budget decisions, both Countywide and for the Second District, should be filtered through the lens of the Second District's priorities: access to health services, programs that reduce the participation of our young people in gangs, investments in transportation infrastructure, and economic development.

2.  It is important for the County to increase its advocacy of progressive policies in State statute and in budgeting, and to advocate for those policies in County budgeting, in order to better serve the Second District in these priorities.  As an example, when the State and federal governments make monies available for programs that help with existing and identified problems, they often do not make funds available for prevention of those problems, which would be a better investment and serve many more County residents. It is more cost-effective to work to keep people off assistance, or to engage in prevention, in health, or in work with gangs.  These principles are also important to County budgeting.

3.  One-time monies should only be spent for one-time purposes.  Similarly, funds that may be used on an ongoing basis, and which have the expectation of continuity, should be used for ongoing programs and not utilized for one-time expenditures, such as capital projects.

4.  The County should continue and expand efforts to maximize receipt of federal American Recovery and Reinvestment Act (economic stimulus) funds. There may be as yet identified federal ARRA funds available to the County.  It is critical to apply for every dollar for which the County may qualify. The County should also ensure coordination of its grant application efforts across departments.

5.  There is an on-going need for the County to better coordinate its services with its constituent cities.  This cooperation could work for both parties in creating efficiencies and well as more targeted programs.

MRT_004396

Defendant's Trial Exhibit 1000, page 12 of 37

# BUDGET REFORM (CONTINUED)

6.  Often, it is the squeaky wheel, or the issue that has gotten press coverage for a moment, that receives instant, but usually sporadic and inadequate attention.  In the area of health care delivery, for example, plans for the Second District should include both MLK and Harbor UCLA.  It is also important to pay attention to community networks in health care delivery.

7.  The Second District should be assured of its fair share of fund allocations.

**Catalytic Initiatives**

1.  Join others in advocating a change to the State Constitution that requires a two-thirds vote of the legislature to enact a budget and raise revenue;

2.  Legislation creating a single payer healthcare system for the state of California has twice reached the Governor's desk and twice been vetoed. Given that a single payer system would be extremely advantageous to the County in allowing health coverage for its retirees to be part of that system, the County should strongly advocate for Sen. Leno's SB 810.

3.  Currently, the County does not coordinate all its healthcare purchasing so as to maximize savings and efficiency.  The County should explore the potential benefits of joint purchasing and the potential for leveraging its status as a very large healthcare consumer to achieve greater savings.  The County could also provide the vision needed for the larger picture of bringing together all public sector purchases in the area through an inter-agency task force.   This could include MTA, MWD, LAUSD, LA City, and other municipalities and special districts.  The bargaining leverage associated with this market power would be enormous and serve to maximize its healthcare purchasing clout and save the County substantial funds.

4.  Currently, where a pension plan can show that it is 80% or more funded, it is allowed to amortize its payback period over a 15-20 year period.  If, however, a pension fund drops below 80%, the payback period drops precipitously to 3 years.  The County should pursue a longer payback period with the state to allow more flexibility in covering its long-term unfunded retirement obligation.

5.  For transit projects in the Second District, the County should continue to explore whether the transit authority model works for each project.  In the past, such a construct has resulted in significant savings.

**Defendant's Trial Exhibit 1000, page 13 of 37**

# ENVIRONMENTAL QUALITY

## Vision

Sustainability must guide all County actions. The environmental crisis is felt most by the poorest among us, and many neighborhoods in the Second District have been burdened by decades of environmental injustice. Creating a more sustainable future can likewise bring great benefit to those most in need: new jobs in the green economy; more efficient products that save money; safer neighborhoods and programs for youth; better health; and investments to rebuild our cities and neighborhoods.

## Values

1. Support positive health outcomes and environmental well-being through sustainable development and the promotion and expansion of open space.

2. Reduce the Second District's and County's environmental footprint, through effective, sustainable operations and policies, consideration of global climate impacts, regulation of hazardous pollutants, and support of county-wide sustainability policy and programs and constituent services based in unincorporated areas.

3. Pursue creation of new "green" economic development opportunities, including technology, conservation, and alternative energy employment opportunities.

4. Position the Second District as a highly visible leader in sustainability, sharing "best practices" with cities in the District and with the Region, partnering toward a Regional Climate Action Plan, and continuing to inform and build a base of leaders and constituents to advocate on environmental issues in the District.

5. Strengthen and expand the Supervisor's existing coalition of support in the environmental community.

6. Evaluate all County policies, programs and Board of Supervisors' actions based on sustainability criteria in order to ready the County for future regulations and environmental conditions.

## Catalytic Initiatives

1. Revitalize Compton Creek as a model urban watershed and, multiple-use public investment.

MRT_004398

Defendant's Trial Exhibit 1000, page 14 of 37

# ENVIRONMENTAL QUALITY (CONTINUED)



*Prepared by: Mia Lehrer & Associates*

2.  Initiate meaningful improvements in the Baldwin Hills and along Ballona Creek.

3.  Improve the distribution of parks throughout the District.

4.  Redraft the County General Plan based on global climate change, public health, and economic development considerations.



5.  Green County Operations by improving waste management, transit use, and green building standards at County facilities and by promoting the establishment of a County "Office of Sustainability and a "green street" road infrastructure program.

6.  Establish Environmental Service Centers for constituents in the Second District.

7.  Expand Transportation alternatives.

**Defendant's Trial Exhibit 1000, page 15 of 37**

# GOVERNANCE-COMMISSIONS

## Vision

The Second District will set new standards of accountability, transparency and accessibility in its governance and decision-making role and responsibilities.
Public awareness and participation in County government will rise through aggressive engagement of all members of our community.

## Values

1. Encourage public participation in Board deliberations and the functions of the County that bear on municipal service delivery.

2. Review organizational processes and deploy technology where applicable to facilitate access to information about the workings of County government and participation in its governance and policy functions.

3. Increase accountability of public and private providers and systems, to improve quality, efficiency, and responsiveness.

4. Empower residents to become more effective advocates for the resources and services needed in their communities and to maximize the Second District's share of federal, state, and local funds available for community development and neighborhood revitalization.

5. Provide educational and training opportunities to residents that will enable development of their leadership qualities and skills.

## Catalytic Initiatives

1. Review and revise the County website to make it more user-friendly for members of the public interested in participating in County governance, including but not limited to easier access to non-Board (Cluster and Commission) meeting agendas and documents.

2. Devote resources to and encourage full public participation in the 2010 Census as the first step in the Congressional reapportionment and state and local government redistricting processes which are based on the decennial enumeration.  This would include establishing Complete Count Committees in the unincorporated communities of the Second District and understanding and sharing the County's own redistricting process with constituents. 

3. Monitor the work of the Registrar Recorder/County Clerk to ensure the integrity of elections, and that acquisition or development of a new voter system will accommodate reforms such as same day registration, ranked voting and proportional representation. The Second District and county must identify and support reforms that take advantage of emerging technologies

**MRT_004400**

**Defendant's Trial Exhibit 1000, page 16 of 37**

# GOVERNANCE-COMMISSIONS (CONTINUED)

that are verifiable, reduce the cost of administration, strengthen the integrity of elections, encourage participation and reduce voter fatigue.

4. Initiate a broad public discussion about making the Los Angeles County Board of Education, the governing body for the Los Angeles County Office of Education, subject to periodic elections. The Office of Education should be directly accountable to Los Angeles County voters.

5. The Second District must aggressively seek applicants for Commissions who are committed to public service, diligent, conscientious and willing to advocate the principles embodied in this report and represent the Supervisor and his constituents with integrity. Toward this end, the Second District website should be designed to facilitate access to information about opportunities to serve on Commissions and the Office of the Supervisor should provide appropriate direction and training of its appointees. Priority should be given to Commissions which:

   a) allocate financial resources;
   b) ensure the integrity of the civil service system;
   c) workforce safety and health;
   d) protect vulnerable populations;
   e) regulate business and land use; and
   f) address constituent concerns.

MRT_004401

Defendant's Trial Exhibit 1000, page 17 of 37

# HEALTH

### Vision

The Second District will become a national model of urban health promotion, prevention, with accessible and high quality integrated health care for its residents.

The opportunities to improve health and develop employment opportunities in the community are huge, especially around health sector jobs.  In particular, the opening of a new Martin Luther King Hospital is feasible, scalable and a potentially transformative opportunity.

### Values

1.  Protect and expand the availability of high-quality comprehensive health care services in the Second District.

2.  Address the underlying issues and disparities affecting health outcomes, so as to create places where children and families can be healthy, safe, and ready to learn.

3.  Increase accountability and collaboration of public and private providers and systems, to improve quality, efficiency, and responsiveness.

4.  Empower residents to take charge of their own health care and the health of their communities.

5.  Improve access to health information and improve integration of care so that residents may access the resources and services they need to become and sustain their health and the health of their families.

6.  Maximize the Second District's share of federal, state, and local funds available for health care and health promotion.

### Catalytic Initiatives

1.  Establish Martin Luther King Medical Center as a center of excellence in health care delivery, health workforce development, research and teaching.

 

MRT_004402

# HEALTH (CONTINUED)

   a)   Recognize Drew University as a Second District asset and strengthen it through recruitment of high-quality leadership to assert its role as a vibrant and dynamic community institution.

   b)   Reestablish the County-Drew relationship to mutually promote community well-being, quality health service delivery, academic research, professional excellence, and economic development.

2.   Expand the Second District's and particularly South Los Angeles' service delivery capacity in primary care, specialty care, mental health, oral health, and podiatric services.

   a)   Advocate for the establishment of an efficient and effective delivery system that integrates these services to improve health outcomes and reduce health disparities in the community.

3.   Take advantage of emerging federal opportunities for strengthening health information technology (HIT) as the backbone of an integrated delivery system.

   a)   HIT investments should be patient-centered and emphasize wellness, portability of medical records and health improvement.

4.   Promote the use of schools in the Second District as centers of wellness and health promotion for children, youth, and their families.

   a)   School-based and school-linked health centers and obesity prevention activities must be expanded.

5.   Promote exercise and outdoor recreational activities.

   a)   Initiate and obtain the Second District's fair share of public infrastructure projects to address disparities in access to green space, and improve health promotion through changes in the built environment.

   b)   Initiatives include one big park in the Baldwin Hills and developing a blue print to improve parks in every county neighborhood, including the Second District.

   c)   Enhance public safety and security in and around parks and other recreational facilities.

6.   Partner with and empower residents to create more opportunities to eat better, exercise more, and make healthier choices.

7.   Bring new sources of health revenue to the community by seeking and/or developing partnerships with Federal and private sector funding opportunities.

8.   The Second District must take a public health approach to addressing the violence problems plaguing the community.

**MRT_004403**

**Defendant's Trial Exhibit 1000, page 19 of 37**

# HEALTH (CONTINUED)



MLK MEDICAL CENTER AT ROSA PARKS STATION: NEW PROJECTS

**MRT_004404**

**Defendant's Trial Exhibit 1000, page 20 of 37**

# HOUSING

**Vision**

Decent and safe and affordable housing is the foundation for increasing one's quality of life.  The Second District will be a district that offers a range of housing options for people at all income levels.

Housing stock in the Second District ranges from some of the highest priced single-family homes in the County to the most dilapidated rental housing.  Based on 2000 Census data, 58% of the Second District (1,066,809 of 1,868,416 constituents) is comprised of low and moderate income households, the highest among all five supervisorial districts.

The needs among low and moderate income households are vast.  In order to make the most impact, resources should be targeted, with a focus on areas where there is a demonstrated pattern of disinvestment and deterioration, such as Athens, East Compton, Florence-Firestone, Lennox, and Willowbrook.  Housing resources should be allocated based on need, not evenly divided amongst five supervisorial districts.

**Values**

1.  Mandate a range of affordable housing types at all price levels, product mixes, and unit sizes.

2.  Develop the County's "safety net" to prevent and end homelessness, particularly for those affected by the current foreclosure crisis and for those most vulnerable (veterans, seniors, transition-age youth, and people with disabilities).

3.  Specifically promote preservation and maintenance of existing affordable housing stock.

4.  Encourage a "sustainable communities approach" which coordinates housing, community uses, transportation and employment/economic development planning and encourages greater public access to the County's environmental services.

**Catalytic Initiatives**

1.  Use County resources to convert vacant residential properties to low-to-moderate income use, and to promote housing production through private, public, not-for-profit and faith-based developers. In particular, streamline, focus, empower and fund the Housing Preservation and Production Division of the Community Development Commission and the Los Angeles County Housing Authority (HACOLA).

2.  Adopt a County policy on "Inclusionary" or "Mixed Income" Zoning to mandate a range of affordable housing types for all income levels, including public incentives to encourage affordable housing production.

**Defendant's Trial Exhibit 1000, page 21 of 37**

3.  Bring the Housing Element objectives and programs down to the community level, adopting "fair share" targets for each community.

4.  Adequately fund County-wide homeless services and programs, including prevention activities, and mandate interdepartmental partnership and coordination among county agencies providing/funding homeless services and housing.



   a)  Restore capital funding under the County's MHSA Housing Program.
   b)  Connect MHSA services funding with CDC special needs capital and operating subsidy programs.
   c)  Provide opportunities to connect developers with service providers.
   d)  Pursue the full potential of LAHSA as a facilitator, coordinator, funder and advocate of policies and programs to prevent and end homelessness in the County of Los Angeles.

5.  Aggressively combat predatory lending and mitigate foreclosures on owner-occupied homes, maximizing opportunities available from federal stimulus resources.

6.  For projects that include a mix of real estate uses at transit-served sites as well as vacant or "declining" retail locations, support increased density and provide incentives.

**MRT_004406**

**Defendant's Trial Exhibit 1000, page 22 of 37**

# HOUSING (CONTINUED)

7.  Support large-scale County or other regionally-sponsored projects with housing production potential to integrate housing into the social and economic life of communities, including:

    –   King Medical Center Campus
    –   Ujima Village
    –   Florence/Firestone TOD
    –   Artesia Transit Center TOD
    –   Imperial Aviation TOD
    –   Expo Light Rail TOD
    –   Jordan Downs
    –   Hollywood Park
    –   Marlton Square



8.  Engage the Empowerment Congress as well as key stakeholders to create community consensus on planning, programs, policies, and projects.

MRT_004407

Defendant's Trial Exhibit 1000, page 23 of 37

## INFRASTRUCTURE AND ECONOMIC DEVELOPMENT

### Vision

Poor or thoughtless land use planning in parts of the District, coupled with a dearth of public sector investment, low performing public schools and limited employment options contribute to the stratification of communities along economic lines.

The recent economic meltdown and resulting double digit unemployment rates underscore the urgent need for intervention that results in smart growth, promotes entrepreneurship as a means of job creation and leverages transportation and other infrastructure related spending to support long term economic and transit related development.

The passage of Measure R and the economic stimulus package, coupled with existing County resources, represent a new quality of life of residents of the Second District and the entirety of Los Angeles County.

The Supervisor's office has already seized opportunities to leverage infrastructure investment and enhance economic development opportunities. The staff's skill sets reflect the Supervisor's priorities in this area.

### Values

1.  Recognize the critical catalytic role public sector infrastructure investments can play in supporting and facilitating the economic, environmental, healthcare, employment and commercial and residential development activity necessary to create a safe, vibrant, livable community.

2.  Mobilize public resources to attract private investment and promote entrepreneurship and substantially increase small business contracting with the County and Metro as a means of stabilizing local employment.

3.  Pursue creation of "green" economic development opportunities and "green" jobs, particularly in construction, energy, and technology.

4.  Evaluate County (Community Development Commission and Metro) regulatory and procurement policies to facilitate small business formation and success.

### Catalytic Initiatives

1.  Maximize transit-related investment to further economic development goals and objectives, including transit-oriented development, job creation, and small business procurement.

    a)  Supervise successful completion of the Expo Light Rail line Phases I and II including satisfaction of local hiring and DBE goals.

Page 24

**MRT_004408**

# INFRASTRUCTURE AND ECONOMIC DEVELOPMENT
## (CONTINUED)

2.  Develop and promote contracting policies that result in the growth and development of small business and demonstrably enhance small business contracting with LA County and Metro.

    a)  Select an alignment for the Crenshaw Line, with particular emphasis on support of local economic development initiatives in Los Angeles, Inglewood, Lennox, and other communities and on connectivity north to the Purple Line.

### Two Alternatives in Environmental Analysis



| BRT – Wilshire / Western to Metro Green Line | LRT – Expo Line to Metro Green Line |

*Prepared by: Metro*

    b)  Promote transit-oriented development along the Expo Line, at the Florence Station on the Blue Line, the Artesia Transit Center on the Silver Line, the Rosa Parks Station on the Blue and Green Lines and the Imperial Aviation Station on the Green Line.
    c)  Continue leadership in implementing Congestion Pricing programs to relieve traffic congestion on Interstate Highways 10 and 110 (the Harbor Freeway).
    d)  Supervise planning of the Purple Line ("Subway to the Sea") to ensure fair and equitable allocation of resources to interconnect the Expo Line to the Purple Line in order to promote economic development, mobility and environmentally superior transportation modalities for the residents of the Second District.
    e)  Obtain and invest grant funding to improve pedestrian mobility and intra-modal connections around commuter rail and rapid bus stations.
3.  Focus on development and/or continued enhancement of civic, educational and recreational resources throughout the district.

MRT_004409

Defendant's Trial Exhibit 1000, page 25 of 37

# INFRASTRUCTURE AND ECONOMIC DEVELOPMENT
**(CONTINUED)**

    a) Create a center of public health excellence at Martin Luther King, Jr. Medical Center, and maximize economic development opportunities through the revitalization of the 100 acre site that includes the Hospital and Medical School, Shopping Center, transit stations and adjacent land, and other neighboring public property.

    b) Expand public recreational opportunities in Baldwin Hills, and improve public access to and provide recreational opportunities along Ballona and Compton Creeks.

    c) Expand and improve cultural institutions, museums and destination areas throughout the Second District, including, but not limited to, Exposition Park, the LA County Museum of Natural History, and Leimert Park.

    d) Develop Civic Centers in Lennox and Florence Firestone with libraries, parks, schools, Constituent Service Centers, and streetscape improvements.

 

4. Maximize stimulus funding economic development opportunities.

    a) Evaluate County (Community Development Commission and Metro) regulatory and procurement policies to facilitate small business formation and success.

    b) Create County policies to require local hiring and a prompt and equitable investment of stimulus funds.

MRT_004410

**Defendant's Trial Exhibit 1000, page 26 of 37**

# PUBLIC SAFETY

<u>Vision</u>

Public Safety has traditionally followed a military model to forces to bear to suppress crime, violence, and illegal activity. However, the full military model is to "Clear, Hold and Rebuild," that is, suppression of crime and violence is only a beginning: Clear and Hold. The Second district must now work to rebuild communities devastated by crime and violence, and the public health implications of such violence.

Public Safety is an essential service that is unevenly distributed through out Los Angeles County and the Second District.

The majority of residents in the Second District experience high or moderately high levels of public safety with low risk of exposure to violent crime and low to moderate risk of exposure to property and other crime.

The Second District also has some of the nation's most chronically violent 'hot zones' in which the County does not provide minimally adequate public safety to Second District residents. Second District Children live in high poverty high violent crime hot zones; 27% of children suffer from levels of Post Traumatic Stress Disorder (PTSD); 90% of children suffer from chronic stress and clinical depression; the leading cause of premature death for black and Latino males under the age of 25 has been homicide.

The Second District has a gang epidemic, a gun and gun violence epidemic, and a gang violence epidemic. Gang violence a grossly disproportionate number of the 7,500 young people killed in Los Angeles City; LAPD has 7,000 unsolved murders, most occur in the County's Second and First Districts.

Recent reductions in gang crime may establish for the first time in 20 years that the number of murders has dropped below epidemic levels. This is good news, but the bad news is that such results may flow from the entrenchment and rising power of prison and international gangs, by potential fallout from the steep economic plunge of 2009, and by the rapid increase in girls in gangs.

The Second District has an incarceration epidemic. In the worst hot spots, a quarter and more of males between the ages of 16 and 25 are in detention of some kind, and over 40% of males have been arrested. The County has relied on a mass incarceration/minimal rehabilitation crime reduction strategy that has no correlation to the increased wellbeing or rehabilitation of the children that enter County crime systems.

The Second District's gang landscape is undergoing a seismic demographic transition that will require much better fluency in the complexities and conflicts among international, multi-ethnic, and prison gang factors.

The County is structured to deliver Public Safety services in a fractured, unstrategic and unholistic manner that is ineffective in reducing the growth in gangs, gang culture, and gang influence. In 2009, the County Auditor-Controller

**Defendant's Trial Exhibit 1000, page 27 of 37**

# PUBLIC SAFETY (CONTINUED)

compiled a partial list of over 100 uncoordinated County gang programs which cost over $140 million, many of which were duplicative and unable to report outcomes.

LA County has spent over $25 billion in a twenty-year war on gangs; in that time, the number of gangs has increased six fold to 800, and the number of gang members has at least doubled to 65,000. The Second District hosts a disproportionate number of both.

In 2009, street gangs openly collect taxes from small vendors and other enterprises in the Second District.

**Values**



*"Gift for Guns"—Los Angeles*

1. The County should move beyond a Crime Suppression/Mass Incarceration public safety model to a Public Health and Neighborhood, Family and Child Well Being model that seeks to end crime related epidemics of gun violence, premature death due to homicide, family violence, child depression, and high post traumatic stress disorder (PTSD).

2. It should be the policy of the Second District to provide sufficient resources and the correct strategies to end the epidemics of youth gang homicide, PTSD and depression mental illness.

3. It should be the policy of the Second District to develop and deliver robust safety programs that are capable of making hot zone schools free of gang intimidation other trauma.

4. Public Safety policy should rest on expertly designed, evidenced-based, culturally competent, long-term strategies that aim to end the conditions and behavioral norms that produce crime-related epidemics.

5. Many of the resources needed to fund the smarter strategies capable of substantially reducing epidemic violence and gang expansion in the demonstration areas already exist within current budgets.  But to allow the county to make this money have the desired impact, it must be used to carry out the best strategies, at the highest levels of performance and with demonstrated results on hard metrics like numbers of rehabilitated youth, reductions of PTSD, and a significantly reducing drop out rates within two years.

**MRT_004412**

**Defendant's Trial Exhibit 1000, page 28 of 37**

# PUBLIC SAFETY (CONTINUED)

**Catalytic Initiatives**

1.  Work with Florence-Firestone and Harbor Gateway Comprehensive Public Safety and Gang Violence Reduction Demonstration Projects and other demonstration project sites to identify and prioritize the prevention and intervention strategies most needed and appropriate to address gang problems with these demonstration project sites.

    a)  Such strategies include a developing a comprehensive school safety program, identifying neighborhood wrap around services and indentifying methods of reducing post traumatic stress disorder and depression among youth in gang hot zones.

2.  Pursue an integrated model for providing public safety for parks and surrounding communities which have been identified as hot zones, i.e., parks with high gang activity levels and associated problems.

    a)  Such a program should include traditional County Police protection, together with interventionists who can assess conditions in parks and the surrounding community to develop an integrated strategy to provide a safe environment at such parks.
    b)  The Second District should also identify and incorporate prevention programs provided by both County departments (e.g. Parks, Probation, and Department of Public Social Services) and Community Based Organizations to develop alternative activities for youth and seek job initiatives for young adults.

3.  Consider development of the new Martin Luther King, Jr. Hospital project in a holistic and comprehensive manner capable of transforming the surrounding neighborhoods.

    a)  Explore the feasibility of creating commercial development and residential housing, school programs, and more importantly, a comprehensive public safety component for the hospital and surrounding community.
    b)  Enforcement, use of gang interventionists, public social services, etc., should target the entire community in an effort to solve problems rather than addressing them individually.



Page 29

**MRT_004413**

# WORKFORCE DEVELOPMENT

## Vision

The Los Angeles economy will not improve until the Second District's economy is reinvented.  We cannot accept a "jobless recovery."

Our vision for the working men and women of the Second Supervisorial District of Los Angeles County is rooted in the three essential components of career guidance, career training and career job opportunity.  These components must exist along a continuum from the entry level to the professional, from the high school graduate to the graduate degree holder.

Given a Los Angeles County unemployment rate of over 12% and an effective unemployment and underemployment rate in the Second District of over 20%, the workforce and economy is in a major crisis that calls for vigorous leadership.

There are 70,000 people being released to our area from prison and 200,000 homeless in the county each year. Countless others are finishing substance abuse programs, or have other barriers to employment. Most are not included in unemployment data.

One of the major threats to a successful workforce development program is the notion, already taking hold in our political discourse, that we are out of recession and are now in recovery because GDP is growing and Wall Street has bounced back.

## Values

1.  We are committed to identifying measurable outcomes so that we can define our workforce development goals and then know when we have achieved success.  We must therefore obtain some baseline research on the evolving human capital needs of the job market.  No group can be excluded from the analysis or the planning.

2.  We will prioritize our efforts in high-growth, high-value added employment sectors:

    a)  Health care and related professions
    b)  Alternative energy and community sustainability
    c)  Computer technology
    d)  Real math, science and engineering
    e)  Entrepreneurial start-ups
    f)  Entry and middle-level opportunities in the service sector

3.  We must create and support a central "horizontal partnership" between Los Angeles Unified, the Los Angeles Community College District and the University of Southern California. This can be designated the Second District Workforce Development Collaborative and be the nucleus of additional partnerships with schools, colleges, universities, WIBS and even churches. This would position the County as a signatory to the Los Angeles

Page 30

**MRT_004414**

**Defendant's Trial Exhibit 1000, page 30 of 37**

# WORKFORCE DEVELOPMENT (CONTINUED)

Educational Compact and enlarge it by creating a special new County WorkSource Center.

4.  The formation of this collaborative is crucially important in order to win our fair share of the $12B that President Obama has earmarked specifically for partnership projects led by community colleges (HR3221, The American Graduation Initiative).

**Catalytic Initiatives**

1.  Establish the South Los Angeles Regional Health Training Academy and Resource Center with MLK Hospital as the hub and other clinic spokes throughout the Second District. The lead will be LA Southwest College.

    a)  Create a 30% local and 10% at-risk enforceable goal on the MLK renovation project. This can be modeled after similar existing goals at the CRA-LA and LACCD, and are best accomplished with a PLA, enforcement mechanisms and proper oversight.

2.  Establish the Hospitality Management Training Center at West Los Angeles College, linked with Living Wage and the Los Angeles Community College Dolores Huerta Program.



3.  Sustain the IATSE-certified Entertainment Industry Jobs Center at West Los Angeles College.

4.  Form a Sustainability Certification Center, at the Los Angeles County Museum of Natural History as a hub/spoke system of centers.

5.  Create a Veterans Re-entry and Distance Education Center.

6.  Build on Trade Tech's Community Development Initiative to create a model Sustainability Community within the Second District.

7.  Support HIRE LA and the Summer Youth Jobs Program for At-Risk Youth.

8.  Create a "Best and Brightest" 2+2+2 diploma/AS/BS degree program for math/science teachers, engineers, professionals and entrepreneurs.

**Defendant's Trial Exhibit 1000, page 31 of 37**

# WE ARE THE KEYS TO CHANGE

***Remarks by Los Angeles Supervisor Mark Ridley-Thomas***
***On the occasion of his Oath of Office***
***Kenneth Hahn Hall of Administration Board Room***
***Monday, December 1, 2008***

Mr. Chairman, members of the Board of Supervisors, Executive Officers, Chief Executive Officer, staff of the Board and all these extraordinary participants in this oath of office ceremony today, I wish to thank you for helping me to experience a very significant, a very gratifying and a memorable moment in my life.

ACKNOWLEDGMENT AND APPRECIATION

You applauded me just a few moments ago, but permit me to ask you to do this one thing today for me. If you walked a precinct, or called a voter… if you contributed of your time, your talent or your treasure…and if you wrote a paper in school, if you sang a song, if you prayed a prayer, if you whispered a word of hope or if you confidently asserted "yes, we can," then stand up and take your own bow—a standing ovation for those of you who stood up and took care of the business at hand.  And while you're standing, repeat after me: we are the keys to change...we are the keys to change…we **are** the keys to change.

If you would be kind enough, please honor me by honoring my family, beginning with my wife, Avis Ridley-Thomas; my son Sebastian Mark Ridley-Thomas; and my son Sinclair Mark Ridley-Thomas. Give them a big round of applause. They certainly deserve it.

And I want to take the opportunity to acknowledge, as protocol would suggest, those who toil in the field of public service as appointed and elected officials, many of whom have provided leadership and example for me for many, many years, and one who distinguished herself as the most outstanding volunteer in the Ridley-Thomas for Supervisor campaign.  She was there every day. She is the honorable Rita D. Walters. And we just want to say thank you for your work. Yes, I did say every day.

There's a host of elected officials who were there, you ought to know them. I want them all just to stand. Principal among them in many respects is the honorable Diane E. Watson, our Congressperson. But all of the elected officials, please take a bow. We thank you.  Give them a big round of applause from every quarter of the district, from Inglewood to Hawthorne to Carson to Compton, school board members, mayors, council members, we thank you all for your being here.

I wouldn't be much if it were not for the religious leadership of our district. I'm honored by the way in which these persons of faith have supported me since the time I was at the Southern Christian Leadership Conference as Executive Director three decades ago. I want you to acknowledge the religious leadership who has been with me for lo, these many years. If you would be kind enough and salute the ecumenical leadership of the second district and beyond, please take

**MRT_004416**

**Defendant's Trial Exhibit 1000, page 32 of 37**

# WE ARE THE KEYS TO CHANGE (CONTINUED)

your bow. Bishop Kirkland, Reverend Johnson.  We appreciate you very, very much.

You look to my right, your left and you'll note persons who are somewhat similar to me in many respects. It's because they are my immediate and extended family. Please join me in welcoming and acknowledging all of them. Would you just stand so that we all know who you are? My nieces, nephews, my sisters, and a whole host of cousins.

To my left, your right, these are the Empowerment Congress leaders. And I want them to take a bow, you'll learn more about the members of the empowerment congress for many years to come. Please take note. That's who they are. They are serious. They do get busy on behalf of community empowerment.

And then there are many of you who were a part of the campaign committee. We thank you for your participation and your contributions of a variety of sorts. We acknowledge you and we thank you for being here. The volunteers who committed of themselves, we acknowledge you.

And then those who walked precincts, who identified themselves as a part of an entity known as the alliance with organized labor, we'd ask that you stand right now and take your bow. We appreciate those who are with the alliance from those various organizations pushing very hard from S.E.I.U., from A.F.S.C.M.E., from A.L.A.D.S. to I.A.T.S.E., give them a big round of applause. They worked very hard. And we appreciate it. We shall not forget it.

THE ETHOS OF THE TIME: CHANGE—MORE HISTORY TO BE MADE

This is a great period of change. The ethos of the time is change. History teaches us that this is the genius of democracy in America. My own biography is illustrative of a defining moment in history.  I was blessed to be born during a period of great change. A little more than a half century ago, a period of social ferment and progress in America, the same year that brown versus the board of education of Topeka, Kansas was decided. A year later, Rosa Parks sat down and gave birth to a new generation of leaders. A time when barriers were being overcome and firsts could be celebrated with regularity.

My immediate predecessor, Supervisor Yvonne Brathwaite Burke, embodied obstacles-shattering achievement for women and African-Americans in government. The changes we seek in the second supervisorial district and in the county of Los Angeles at large build on the legacy of pioneering accomplishments, of those who came before me. We should never lose sight of those who came before us. We honor them by taking their work to the next level of service and achievement. And so we give them thanks. We express our appreciation to Supervisor Burke for her efforts. Give her a round of applause in absentia.

But there is much more history to be made. As America's most exciting election recently this last election demonstrated, there is much history to be made. The

Defendant's Trial Exhibit 1000, page 33 of 37

# WE ARE THE KEYS TO CHANGE (CONTINUED)

new Barack Obama administration will need allies at the state and local level of government to advocate for and implement the policies that it pursues. That's why I'm pleased, as you have heard, to have been a part of that movement, as were many of you. There is still much to be said about history to be made and the great work that is yet to be done. That's why I'm honored to have the San Francisco District Attorney, Kamala Harris, as a first in her own right in California, to administer my oath of office and to wish her much success as she expands her territory and steps out on faith to do more as one of the state's leading prosecutors, an enlightened prosecutor on the move to make communities better across our nation.

OUR MARK ON L.A. COUNTY HISTORY: WE ARE THE SECOND DISTRICT

There's still more history to be made. This is why I celebrate the election of Karen Bass, the Speaker of the California State Assembly (another first), and wish her and her counterpart, Senate Pro Tem Darrell Steinberg, well as they grapple with the historic challenges posed by a declining state economy and fiscal crises of monumental proportions. Please give them a big round of applause and encourage them as they move forward.

And while I won't be long, I do want to say it is against this backdrop that we seek to make our own mark on Los Angeles County history, to defend, sustain and elevate the quality of life and standard of living of working families to support small businesses, to provide relief to homeowners and to shelter those threatened by foreclosure, to deliver healthcare to the uninsured and emergency care to the unfortunate. To help rebuild L.A. County's safety net. And, yes, the 2.1 million residents of the Second District, from Culver City to Carson, from Ladera Heights to Florence-Firestone, from Cheviot Hills to Compton, from Del Aire to Delamo, from Lynwood to Lennox, from Westchester to Wiseburn and all the communities in between—we have commonality. Indeed, a common purpose. We are the Second District.

Whether we work for the county or a building contractor, whether we own a small business or work for one, whether we ride public transit by choice or by default, whether we own a home or rent one, we are the Second District. In all of our diversity and in all of our differences and distinguishing characteristics—we, all of us, *are the Second District*.

We will leverage our assets from U.S.C. to Sony Studios, to Para Los Niños the greater good of the entirety of the county of Los Angeles.
And so it is today that I call for a new level of civic engagement rooted in what Dr. Lewis King refers to as intentional civility. That would be a level of civility that raises the discussion about living-wage jobs beyond a matter of politics, to be used as a wedge issue, and places it squarely in the context of discourse about economic justice and the dignity of labor. That's where we need to be in terms of our discussion of intentional civility. Intentional civility means raising the civic intelligence quotient with regard to the environment and what can happen when we creatively reconcile economic development and environmental responsibility.

Page 34

MRT_004418

Defendant's Trial Exhibit 1000, page 34 of 37

# WE ARE THE KEYS TO CHANGE (CONTINUED)

The kind of civic engagement of which I speak is a bit counter intuitive, somewhat akin to what is known as contrarian leadership that Dr. Steve Sample writes about in his award-winning text. In other words, the civic engagement that I call for today takes stock of the current economic crisis and resists being paralyzed by it. This civic engagement is informed by a time honored consciousness with which many of us will readily identify: "Trouble don't last always."

In Chapter 8 of his recent text, _Hope on a Tightrope_, Princeton University Professor Cornel West writes about civic engagement with an emphasis on leadership. "Leadership is fundamental," he says, "because there are -- there can be no significant social movement without visionary and analytical leadership by people of courage and integrity." He goes on to say, "We are not talking about one person. We're talking about a conscious collective.  It is a deeply democratic ideal that says that ordinary people ought to be able to lead, that the people ought to be able to participate in the decision-making process of institutions that guide and regulate their lives." He concludes by saying the following: "Visionary leadership is predicated on the leap of faith and a labor of love."

Marian Wright Edelman, founder of the children's defense fund and arguably the nation's premier advocate for children delivers, in her newest text, a compilation of policy statements in the form of letters to various audiences and individuals, entitled, _Charting a Course for the Next Generation_, in Chapter 8, she pens a letter to citizens, whom she calls the creators of leaders and movements. And she pushes for ordinary people to demand six things of their leaders. But number three is that which caught my attention, and it is particularly germane today. And I quote: "Citizens must organize and make leaders lead."

I want to hasten to add that no single member of the Los Angeles County Board of Supervisors will be able to reopen Martin Luther King Hospital on his or her own, but I'll be there tomorrow morning making my first public statement about what business has to be in the County of Los Angeles. Yes, that is at 8:00 in the morning.

No one person on this board can solve the mortgage foreclosure crisis, but we can appreciate that the errant pursuit of missiles of mass destruction were not found on foreign soil, but right here in our own country and our own county and namely the destruction of families and communities in the record loss of wealth owing to predatory lending. We can do that and we can pay attention to that. And I've been in that fight against predatory lending and I'm here to say today: we will in fact renew the fight against predatory lending practices in the County of Los Angeles, and that will make life better for thousands of people across the County.

No single entity can end gang violence or create jobs, but we can aggressively and impatiently, yet prudently, push for a new agenda that addresses the question of the cradle to the prison pipeline crisis and changing it to the cradle to college pipeline as is called for by Marian Wright Edelman.

Defendant's Trial Exhibit 1000, page 35 of 37

# WE ARE THE KEYS TO CHANGE (CONTINUED)

That's our job. That's our responsibility if we want to have better communities. No threesome can accomplish these things alone. It will take all of us working together, taking advantage of the best practices employed by block clubs, neighborhood associations and neighborhood councils and municipalities throughout the Second Supervisorial District. And I intend to take the 20-year project of civic engagement, namely the Empowerment Congress, to a new level of activism for the benefit of the people of the Second Supervisorial District.

We *can* do this. We *will* do this.   We want to take this issue of citizen participation to a new level of intentional civility and empower people consistent with the tenets of nonviolence. We ask that you join us as we explore the boundaries of participatory democracy and transform communities.

We are the Second Supervisorial District, and together we are the keys to change. We are the Second Supervisorial District, and together we are the keys to change. Repeat after me. We are the Second Supervisorial District. Together we are the keys to change.

MRT_004420

Defendant's Trial Exhibit 1000, page 36 of 37



MRT_004421