E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division
LINDSEY GREER DOTSON (Cal. Bar No. 266973)
THOMAS F. RYBARCZYK (Cal. Bar No. 316124)
MICHAEL J. MORSE (Cal. Bar No. 291763)
Assistant United States Attorneys
Public Corruption and Civil Rights Section
    1500 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-4443/8452/7367
    Facsimile: (213) 894-0141
    E-mail:   lindsey.dotson@usdoj.gov
              thomas.rybarczyk@usdoj.gov
              michael.morse@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> MARK RIDLEY-THOMAS, <br><br> Defendant. | No. CR 21-00485-DSF-1 <br><br> DECLARATION OF ASSISTANT U.S. ATTORNEY LINDSEY GREER DOTSON AND EXHIBIT FILED IN SUPPORT OF THE GOVERNMENT'S OPPOSITION TO DEFENDANT MARK RIDLEY-THOMAS'S MOTION *IN LIMINE* NO. 1 <br><br> Hearing Date: February 13, 2023 <br> Hearing Time: 8:30 a.m. <br> Location:    Courtroom of <br>                the Honorable <br>                Dale S. Fischer |

Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorneys Lindsey Greer Dotson, Thomas F. Rybarczyk, and Michael J. Morse, hereby files the declaration of Assistant United States Attorney Lindsey Greer Dotson

and attached exhibit in support of the Government's Opposition to Defendant Mark Ridley-Thomas's Motion In Limine No. 1.

Dated: January 22, 2023          Respectfully submitted,

                                     E. MARTIN ESTRADA
United States Attorney

MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division

                                      */s/ Lindsey Greer Dotson*
LINDSEY GREER DOTSON
THOMAS F. RYBARCZYK
MICHAEL J. MORSE
Assistant United States Attorneys

Attorneys for Plaintiff
UNITED STATES OF AMERICA

## DECLARATION OF LINDSEY GREER DOTSON

I, LINDSEY GREER DOTSON, declare as follows:

1. I am an Assistant United States Attorney in the United States Attorney's Office for the Central District of California. I have knowledge of the facts set forth herein and could and would testify to those facts fully and truthfully if called and sworn as a witness.

2. Attached hereto is government's anticipated trial exhibit 103, which is a true and accurate copy of an email chain between co-defendant MARILYN LOUISE FLYNN, University Official 3, and a third USC School of Social Work employee.

3. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and that this declaration is executed at Los Angeles, California, on January 22, 2023.

*Lindsey Greer Dotson*
LINDSEY GREER DOTSON

**GOVERNMENT EXHIBIT 103**

| | |
|---|---|
| From: | ▮▮▮▮▮ |
| To: | Marilyn Flynn; J▮▮ C▮▮ |
| Sent: | 4/1/2018 6:59:07 PM |
| Subject: | RE: Telehealth - Big step forward! |

Telehealth survival is a priority.

I will continue to monitor the progress of our amendment.

Thank you for creating the support and communication at the higher levels of DMH.



Suzanne Dworak-Peck School of Social Work
University of Southern California



**From:** Marilyn Flynn
**Sent:** Sunday, April 01, 2018 4:02 PM
**To:** ▮▮▮▮▮▮; J▮▮ C▮▮
**Subject:** RE: Telehealth - Big step forward!

▮▮▮▮, I sent all of the recommendations to MRT. The result was a Board motion that made possible renegotiation of the current contract in AUGUST this year. You'll need to stay on track with your colleagues at DMH to be sure that we engage at the correct point. As I understand it, ▮▮▮▮ is stepping down or retiring, not sure which, and a new deputy director has already been selected… ▮▮▮▮ (whose last name ▮▮▮▮ knows.) I will do my best to get the best information I can, but you'll have to be very present, too. I would not involve ▮▮▮▮ in the negotiations.

Marilyn

**From:** ▮▮▮▮▮▮
**Sent:** Sunday, April 1, 2018 3:12 PM
**To:** Marilyn Flynn <mflynn@usc.edu>; J▮▮ C▮▮ ▮▮▮▮▮▮
**Subject:** RE: Telehealth - Big step forward!

Dear Dean Flynn and ▮▮▮▮▮▮,

▮▮▮▮, ▮▮▮▮, ▮▮▮▮ and I have been working with ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

USAO_032365

CONFIDENTIAL                                                         USC_00002099
CONFIDENTIAL INFORMATION -- CONTENTS SUBJECT TO PROTECTIVE ORDER

Exhibit 103
Page 1 of 4

████ DMH Deputy Director. We meet and/or communicate regularly at a minimum of at least 3 or more times a month.

In a previous amendment approved by the County Board of Supervisors (CBOS), we were able to eliminate the strangling limitation that we could *only* receive referrals from County medical hubs that served children 0 to 4 – when the target group for our contract is 12 to 22. As you may recall, we had received only 8 referrals in this manner over the period of year. Now, with approved first amendment, we can seek referrals everywhere and clients can self refer.

Our most recent effort has been to expand the DMH contract in several significant ways are highlighted in the final 'draft' of the attached Scope of Work which we submitted to DMH for Board of Supervisors approval in August. These are the highlights:

1) The current contract allows for us to bill for children and youth ages 12 to 22….In our amendment, we eliminated the age limit of 22. There is now no age limit – we can bill services from age 12 to Methuselah
2) DMH will pay the costs for 2 additional positions within the contract: a case manager and a peer counselor – both can focus on outreach and expansion of referrals
3) A few more interventions can be provided including CBT and CBITS (Cognitive Behavioral Intervention for Trauma in Schools). I am one of the original developers of CBITS with colleagues at RAND Health.
4) Reimbursed services can be provided in a hybrid model – either on Telehealth platform or on the ground – in Schools, homes, other agencies. All of our students in these placements can bill for intervention services!
5) The reimbursement rate is increased from $89 to $120 per 45 minute session

My entire focus has been to correct the decisions inhibiting services and reimbursements initially made when this Contract was negotiated. I believe we've made good headway by working closely ████ the DMH Deputy Director and her staff assigned to us. They are not part of the original group that worked with the previous administration of Telehealth and have been good partners who have understood how and why we had to reestablish a new scope of work.

I personally welcome the opportunity to work with ████ but would need to join you in your meetings to do so.

████



Suzanne Dworak-Peck School of Social Work
University of Southern California



**From:** Marilyn Flynn

USAO_032366

CONFIDENTIAL                                                                                   USC_00002100
CONFIDENTIAL INFORMATION -- CONTENTS SUBJECT TO PROTECTIVE ORDER

**Exhibit 103**
**Page 2 of 4**

**Sent:** Sunday, April 01, 2018 10:56 AM
**To:** ▮▮▮▮▮; J▮▮ C▮▮
**Subject:** RE: Telehealth - Big step forward!

▮▮▮▮, someone (maybe ▮▮▮▮) should be paying attention to Board motions and then working with me or ▮▮▮ to follow up with Supervisor Mark Ridley Thomas and ▮▮▮▮▮▮▮. The Supervisor told me that the Board is adopting a motion that will open the way to negotiation in August for a new contract that would allow us to move forward. I think at the moment the three of us need a better strategy for ensuring that we don't lose this very important opportunity. Do you ever talk with the mental health deputy or the children's deputy for MRT? We are approaching a very critical point, and he will help us, but we have to be on top of these developments.

With whom are you meeting at DMH?

Marilyn

**From:** ▮▮▮▮▮▮▮
**Sent:** Sunday, April 1, 2018 10:30 AM
**To:** Marilyn Flynn <mflynn@usc.edu>; J▮▮ C▮▮ <▮▮▮▮▮▮▮▮▮>
**Subject:** RE: Telehealth - Big step forward!

In addition to increasing care and reducing isolation post op, this proposal also meets a great need for patients who suffer from chronic conditions where support groups can assist with ongoing wellness with the possible outcome of reduction in hospitalizations for disorders such as diabetes, heart disease, and lupus.

It's the financial barriers that prevent us (Telehealth Clinic) from offering these services now. We're on 'operation survival' attempting to make USC Telehealth self-sustaining in one year with a focus on maximizing our contract reimbursed services.

I'm ready to talk about it.



Suzanne Dworak-Peck School of Social Work
University of Southern California



**From:** Marilyn Flynn
**Sent:** Sunday, April 01, 2018 10:22 AM
**To:** ▮▮▮▮▮▮▮; J▮▮ C▮▮
**Subject:** FW: Telehealth - Big step forward!

Should we discuss?

USAO_032367

CONFIDENTIAL USC_00002101
CONFIDENTIAL INFORMATION -- CONTENTS SUBJECT TO PROTECTIVE ORDER

Exhibit 103
Page 3 of 4

**From:** ▇▇▇▇▇▇▇▇▇▇▇▇▇▇
**Sent:** Sunday, April 1, 2018 8:49 AM
**Subject:** [nadd] Telehealth - Big step forward!

This is a huge step, especially for the home bound. I would hope many more states will follow!

https://www.health.ny.gov/press/releases/2018/2018-02-20_regulatory_initiatives_to_improve_access_reduce_costs.htm

**Allowing patients to access care more conveniently by expanding the use of telehealth services.** The ability of telehealth to remotely connect patients and healthcare providers can be an important tool in ensuring access to health care, improving care and patient outcomes, enhancing patient satisfaction, and reducing health care costs through improved population health. Yet, health care providers and systems in New York State have identified a number of challenges to the adoption and delivery of telehealth services, including financial, statutory and regulatory barriers. New York State will take a landmark step forward to expand access to telehealth services through a series of measures, including expanding the list of **eligible originating sites** so that patients can receive telehealth services in any setting, including their own homes.



USAO_032368

CONFIDENTIAL                                                                 USC_00002102
CONFIDENTIAL INFORMATION -- CONTENTS SUBJECT TO PROTECTIVE ORDER

Exhibit 103
Page 4 of 4