1  Vicki I. Podberesky, State Bar No. 123220
   vpod@aplaw.law
2  ANDRUES/PODBERESKY
   818 West 7th Street, Suite 960
3  Los Angeles, CA 90017
   Telephone:  (213) 395-0400
4  Facsimile:   (213) 395-0401

5  Brian J. Hennigan, State Bar No. 86955
   bhennigan@hueston.com
6  Samantha Schnier, State Bar No. 329595
   sschnier@hueston.com
7  HUESTON HENNIGAN LLP
   523 West 6th Street, Suite 400
8  Los Angeles, CA 90014
   Telephone:  (213) 788-4340
9  Facsimile:(888) 775-0898

10 Attorneys for Defendant
   MARILYN FLYNN
11

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:21-cr-00485-DSF |
|---|---|
| Plaintiff, | **EX PARTE APPLICATION FOR PERMISSION TO TRAVEL OUTSIDE THE UNITED STATES AND FOR TEMPORARY RETURN OF PASSPORT** |
| vs. | |
| MARK RIDLEY-THOMAS and MARILYN LOUISE FLYNN, | |
| Defendants. | |

COMES NOW DEFENDANT, Marilyn Flynn, and hereby applies ex parte for permission to travel outside the United States from May 5-21, 2023 to Botswana and Zimbabwe, Africa on a trip sponsored by the Phoenix Zoo.  Dr. Flynn is also requesting the temporary return of her passport for the purposes of travel to Africa. Counsel for Dr. Flynn has contacted AUSA Lindsey Greer Dotson, who has no

**EX PARTE APPLICATION FOR  TRAVEL OUTSIDE THE UNITED STATES AND TEMPORARY RETURN OF PASSPORT**

objection to the requested travel and the temporary return of her passport. *See* Declaration of Vicki I. Podberesky, attached hereto. Dr. Flynn will provide a full itinerary of her travel, including flight information, to the government. She is requesting release of her passport on or before April 27, 2023. Dr. Flynn will return her passport to Pretrial Services within two business days of her return to Los Angeles.

DATED: February 9, 2023

Respectfully submitted,

ANDRUES/PODBERESKY,
A Professional Law Corporation

By: */s/ Vicki I. Podberesky*
    VICKI I. PODBERESKY
    Attorneys for Defendant,
    MARILYN FLYNN

# DECLARATION OF VICKI I. PODBERESKY

I, VICKI I. PODBERESKY, declare and state as follows:

1. I am an attorney at law licensed to practice before all courts of the State of California and the United States District Court for the Central District of California. I am one of the attorneys of record for Marilyn Flynn in this matter.

2. Dr. Flynn is requesting permission to travel outside the United States from May 5-21, 2023 to Botswana and Zimbabwe, Africa. Dr. Flynn is an active supporter of the Los Angeles Zoo and had previously booked a trip to Africa for 2022, which was sponsored by the Los Angeles Zoo. Due to the criminal case, Dr. Flynn cancelled her previously booked trip.  Dr. Flynn has a substantial monetary credit that she must use or lose this year.

3. Dr. Flynn was recently made aware of an identical trip to Botswana and Zimbabwe being sponsored by the Phoenix Zoo. She has received an invitation to participate in the Phoenix Zoo trip to Africa which is being led by the Senior Vice President for Conservation Science from the Phoenix Zoo.

4. Declarant has contacted AUSA Lindsey Greer Dotson, who has no objection to the requested travel and the return to Dr. Flynn of her passport for purposes of traveling on this trip.

5. Dr. Flynn has agreed to return her passport to Pretrial Services within two business days of her return to the United States.

I declare that to the best of my knowledge the foregoing is true and correct.

Dated this 9th day of February, in Los Angeles, California.


*/s/ Vicki I. Podberesky*
VICKI I. PODBERESKY