DARALYN J. DURIE (SBN 169825)
ddurie@mofo.com
ARTURO J. GONZALEZ (SBN 121490)
agonzalez@mofo.com
GALIA Z. AMRAM (SBN 250551)
gamram@mofo.com
RAMSEY W. FISHER (SBN 334228)
rfisher@mofo.com
JESSICA E. LANIER (SBN 303395)
jlanier@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415-268-7000
Facsimile: 415-268-7522

CHRISTINA M. RANDALL (SBN 320125)
crandall@mofo.com
MORRISON & FOERSTER LLP
707 Wilshire Boulevard
Los Angeles, California 90017-3543
Telephone: 213-892-5200
Facsimile: 213-892-5454

Attorneys for Defendant
MARK RIDLEY-THOMAS

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARK RIDLEY-THOMAS, et al.,<br><br>Defendants. | Case No. 2:21-cr-00485-DSF<br><br>**DEFENDANT MARK RIDLEY-THOMAS'S UNOPPOSED *EX PARTE* APPLICATION TO FILE EXHIBITS B THROUGH F TO THE DECLARATION OF DARALYN J. DURIE IN SUPPORT OF DEFENDANT'S BRIEF ON ANTICIPATED EVIDENTIARY ISSUES UNDER SEAL**<br><br>Trial Date:   March 7, 2023<br>Time:          8:30 a.m.<br>Courtroom: 7D<br>Judge:        Hon. Dale S. Fischer |

**PLEASE TAKE NOTICE** that Defendant Mark Ridley-Thomas, by and through his counsel of record, Daralyn J. Durie of Morrison & Foerster LLP, hereby applies for an Order directing that the following documents be filed under seal and kept under seal:  Exhibits B through F to the Declaration of Daralyn J. Durie in Support of Defendant Mark Ridley-Thomas's Brief on Anticipated Evidentiary Issues.  Good cause exists to submit these documents under seal because they contain information subject to the protective order in this case.

This Application is based on the attached Memorandum of Points and Authorities and the Declaration of Daralyn J. Durie.

Dated:    March 20, 2023         MORRISON & FOERSTER LLP


                                 By: */s/ Daralyn J. Durie*
                                     DARALYN J. DURIE

                                     Attorneys for Defendant
                                     MARK RIDLEY-THOMAS

## MEMORANDUM OF POINTS AND AUTHORITIES

A court has supervisory powers over its records and files to seal documents under appropriate circumstances. *See United States v. Mann*, 829 F.2d 849, 853 (9th Cir. 1987).

Defendant Mark Ridley-Thomas ("Mr. Ridley-Thomas") respectfully requests that the Court seal the following documents: Exhibits B through F to the Declaration of Daralyn J. Durie in Support of Defendant Mark Ridley-Thomas's Brief on Anticipated Evidentiary Issues. This request should be granted because the documents contain information subject to the protective order in this case. The government has stated it does not oppose Mr. Ridley-Thomas's application to file these documents under seal.

Dated: March 20, 2023

MORRISON & FOERSTER LLP

By: */s/ Daralyn J. Durie*
　　　DARALYN J. DURIE

Attorneys for Defendant
MARK RIDLEY-THOMAS

# DECLARATION OF DARALYN J. DURIE

I, Daralyn J. Durie, declare as follows:

1. I am an attorney admitted to practice in the State of California and a member of the bar of this Court. I am an attorney at the law firm of Morrison & Foerster LLP, counsel for Defendant Mark Ridley-Thomas. I have personal knowledge of the facts stated herein and could and would testify competently thereto if called as a witness in this matter.

2. Exhibits B through F attached to the Declaration of Daralyn J. Durie in Support of Defendant Mark Ridley-Thomas's Brief on Anticipated Evidentiary Issues contain information subject to the protective order in this case.

3. On March 20, 2023, counsel for Mr. Ridley-Thomas met and conferred with the government regarding Mr. Ridley-Thomas's *Ex Parte* Application to file under seal Exhibits B through F to the Declaration of Daralyn J. Durie in Support of Defendant Mark Ridley-Thomas's Brief on Anticipated Evidentiary Issues. The government stated it did not oppose the application.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed March 20, 2023, at Los Angeles, California.

　　　　　　　　　　　　　　　　　　　　　　　/s/ Daralyn J. Durie
　　　　　　　　　　　　　　　　　　　　　　　DARALYN J. DURIE

**CERTIFICATE OF SERVICE**

I hereby certify that on March 20, 2023, the within document was filed with the Clerk of the Court using CM/ECF which will send notification of such filing to the attorneys of record in this case.

/s/ *Daralyn J. Durie*
DARALYN J. DURIE