# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES - TRIAL

| Case No. | CR 21-00485 DSF | Date | March 23, 2023 |
|---|---|---|---|

**Present: The Honorable** DALE S. FISCHER, UNITED STATES DISTRICT JUDGE

| Renee Fisher | Pat Cuneo/Wil Wilcox | Michael J. Morse, Lindsey Greer Dotson, Thomas F. Rybarczyk |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Mark Ridley Thomas | X | | X | Galia Z. Amram, Daralyn J. Durie, Jessica Lanier, Ramsey W. Fisher, Arturo J. Gonzalez | X | | X |

\_\_\_ Day <u>COURT TRIAL</u>  11th Day <u>JURY TRIAL</u>  \_\_\_ Death Penalty Phase

\_\_\_ One day trial; \_\_\_ Begun (1st day); **X** Held & continued; \_\_\_ Completed by jury verdict/submitted to court.

\_\_\_ Witnesses called, sworn and testified.

**X** Exhibits identified  **X** Exhibits admitted

\_\_\_ Government rests.  **X** Defendant Mark Ridley Thomas rests.

\_\_\_ Motion for mistrial by _____ is \_\_\_ granted \_\_\_ denied \_\_\_ submitted

**X** Motion for judgment of acquittal (FRCrP 29) is \_\_\_ granted \_\_\_ denied **X** submitted

**X** Closing arguments made  **X** Court instructs jury  \_\_\_ Bailiff sworn

**X** Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberations/findings.

\_\_\_ Alternates excused  \_\_\_ Jury retires to deliberate  \_\_\_ Jury resumes deliberations

\_\_\_ Finding by Court as follows:  \_\_\_ Jury Verdict as follows:

Dft # \_\_\_ Guilty on count(s) _____  \_\_\_ Not Guilty on count(s) _____

\_\_\_ Jury polled  \_\_\_ Polling waived

\_\_\_ Filed Witness & Exhibit lists  \_\_\_ Filed Jury notes  \_\_\_ Filed Jury Instructions  \_\_\_ Filed Jury Verdict

Dft # \_\_\_ Referred to Probation Office for Investigation & Report and continued to _____ for sentencing.

Dft # \_\_\_ remanded to custody.  Remand/Release# \_\_\_ issd.  Dft # \_\_\_ released from custody.

\_\_\_ Bond exonerated as to Dft # \_\_\_

**X** Case continued to 3/24/23 at 7:45 am for further trial/further jury deliberation.

\_\_\_ Other:

06 : 15

Initials of Deputy Clerk  rf