FILED
CLERK, U.S. DISTRICT COURT

**3/30/23**

CENTRAL DISTRICT OF CALIFORNIA
BY: _____RF_____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

Case No. CR 21-00485 DSF

Date: 3/29/23

Time: 1:25pm

REDACTED    JURY NOTE NUMBER  10

_____    THE JURY HAS REACHED A UNANIMOUS VERDICT

✓    THE JURY REQUESTS THE FOLLOWING:

Can we get a definition for
honest services please?

SIGNED: