

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

Case No. CR 21-00485 DSF

Date: 3/30/23

Time: 11:00am

**REDACTED**  JURY NOTE NUMBER 13

✓   THE JURY HAS REACHED A UNANIMOUS VERDICT

____   THE JURY REQUESTS THE FOLLOWING:

_____
_____
_____
_____
_____
_____
_____
_____
_____

SIGNED: