DARALYN J. DURIE (SBN 169825)
ddurie@mofo.com
ARTURO J. GONZALEZ (SBN 121490)
agonzalez@mofo.com
GALIA Z. AMRAM (SBN 250551)
gamram@mofo.com
RAMSEY W. FISHER (SBN 334228)
ramseyfisher@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415-268-7000
Facsimile: 415-268-7522

CHRISTINA M. RANDALL (SBN 320125)
crandall@mofo.com
MORRISON & FOERSTER LLP
707 Wilshire Boulevard
Los Angeles, California 90017-3543
Telephone: 213-892-5200
Facsimile: 213-892-5454

Attorneys for Defendant
MARK RIDLEY-THOMAS

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MARK RIDLEY-THOMAS, et al.,<br><br>　　　　　Defendants. | Case No. 2:21-cr-00485-DSF<br><br>**NOTICE OF FILING LETTER REGARDING SENTENCING** |

Defendant Mark Ridley-Thomas hereby files a letter addressed to Bernard C. Parks by the Acting City Clerk for the City of Los Angeles. The letter is publicly available. Dr. Ridley-Thomas provides it to the Court for its information in light of the government filing at docket number 410. The letter, attached hereto as Exhibit A, is dated August 23, 2023.

Dated:   August 27, 2023                    MORRISON & FOERSTER LLP

                                            By: /s/ Galia Z. Amram
                                                GALIA Z. AMRAM

                                            Attorneys for Defendant
                                            MARK RIDLEY-THOMAS

# Exhibit A



| | | |
|---|---|---|
| HOLLY L. WOLCOTT<br>CITY CLERK<br>———<br>PETTY F. SANTOS<br>EXECUTIVE OFFICER | **City of Los Angeles**<br>CALIFORNIA<br><br>KAREN BASS<br>MAYOR | **OFFICE OF THE<br>CITY CLERK**<br><br>Executive Office<br>200 N. Spring Street, Room 360<br>Los Angeles, CA 90012<br>(213) 978-1020<br>FAX: (213) 978-1027<br><br>**clerk.lacity.gov** |

August 23, 2023

VIA EMAIL AND US MAIL
Honorable Councilmember Bernard C. Parks
berncparks@gmail.com

**SUBJECT:   CEASE AND DESIST ORDER – USE OF THE LOS ANGELES CITY SEAL**

Dear Councilmember Parks:

By order of this letter, you are hereby required to cease and desist use of the Los Angeles City Seal.

Per the Charter of the City of Los Angeles, Section 281(a) Powers and Duties, the City Clerk shall be the Custodian of the City Seal. A complaint was received by this Office and referred to the City Attorney's Office for investigation under the Los Angeles Municipal Code (LAMC) Section 63.108. CITY SEAL – IMITATING, which states no person shall make or use the seal of this City …for any purpose other than for City purposes...  In your letter (see attached) submitted in connection with a case pending before the Federal District Court (Case NO. CR 21 -00485-DSF-1), the City Seal was used in a manner that does not meet a City purpose, per the LAMC.

The City of Los Angeles and the Los Angeles Police Department reserve all of their rights with regard to their trademarks and trade dress.

Please do not hesitate to contact me if you require any additional information regarding this Cease and Desist Order or use of the Los Angeles City Seal.

Sincerely,

*Signed with ClerkSign*
*[signature]*
Aug 23, 2023 5:33PM

Petty F. Santos
Acting City Clerk

Attachments

cc:  Los Angeles City Attorney's Office

PFS:ih
EXE-041-23

**AN EQUAL EMPLOYMENT OPPORTUNITY EMPLOYER**



August 17, 2023

The Honorable Dale S. Fischer
United States Courthouse
350 W. 1st Street
Los Angeles, CA 90012

Dear Judge Fischer,

I am writing concerning Case No. 2:21-cr-00485-DSF: **The United States of America v. Mark Ridley-Thomas.**

After reading about the prosecution's sentencing recommendation of six years, I felt obliged to weigh in, due to my unique perspective as both a law enforcement official and as an elected officeholder.

In my opinion, the prosecutor's recommendation of a six-year prison sentence is too lenient. I say this with all due respect to the U.S. Attorneys, who did an expert job investigating and prosecuting this case before delivering it to the jury. Counsel has correctly illustrated and defined Mr. Ridley-Thomas's actions as a "shake down". And, they left no doubt as to how this felon's self-interests contributed to his indictment and, ultimately, his conviction. In fact, their sentencing recommendation is the only aspect of this trial, where they have fallen short.

It has been well documented how badly communities suffer when their elected officials get involved in self dealing. But, what was missed in the sentencing recommendation was how Mr. Ridley-Thomas's colleagues were also victimized by his crimes. He misled his colleagues by soliciting their voting support, while

failing to advise them of his corrupt behavior. By doing this, he led them to the brink of corruption, which cast doubt on their honesty, integrity and opened the door for their constituents to believe they were involved in his schemes.

In addition, his continued failure to accept responsibility or show remorse is also reprehensible. What's more, he's attempted to use his race to undermine the public's faith in the judicial process and has encouraged others to do so as well. He's used this despicable tactic to raise money and garner support all the while, ignoring that his co-defendant, who testified against him, is Caucasian. And, come to think of it, so is our former president, who now faces four indictments.

I ask that you consider sentencing Mr. Ridley-Thomas to the highest penalty that his crimes allow. This would be both fair and just, as he abused the powers of his office and would serve as an example to those in office as well as those considering running for office. Furthermore, it would continue the daunting process of returning credibility to L.A.'s governmental systems and, hopefully, stop this current trend of corruption.

Respectfully,

*[signature]*

BERNARD C. PARKS
Chief/Councilmember, *Retired*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 27, 2023 the within document was filed with the Clerk of the Court using CM/ECF which will send notification of such filing to the attorneys of record in this case.

                                              */s/ Galia Z. Amram*
                                              GALIA Z. AMRAM