```
 1  E. MARTIN ESTRADA
    United States Attorney
 2  MACK E. JENKINS
    Assistant United States Attorney
 3  Chief, Criminal Division
    LINDSEY GREER DOTSON (Cal. Bar No. 266973)
 4  THOMAS F. RYBARCZYK (Cal. Bar No. 316124)
    MICHAEL J. MORSE (Cal. Bar No. 291763)
 5  Assistant United States Attorneys
    Public Corruption and Civil Rights Section
 6       1500 United States Courthouse
         312 North Spring Street
 7       Los Angeles, California 90012
         Telephone: (213) 894-4443/8452/7367
 8       Facsimile: (213) 894-0141
         E-mail:    lindsey.dotson@usdoj.gov
 9                  thomas.rybarczyk@usdoj.gov
                    michael.morse@usdoj.gov
10
    Attorneys for Plaintiff
11  UNITED STATES OF AMERICA
```

12                    UNITED STATES DISTRICT COURT

13               FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| 14  UNITED STATES OF AMERICA, | No. CR 21-00485-DSF-1 |
| 15            Plaintiff, | STIPULATION REGARDING BAIL PENDING APPEAL FOR DEFENDANT |
| 16            v. | MARK RIDLEY-THOMAS |
| 17  MARK RIDLEY-THOMAS, | |
| 18            Defendant. | |

19

20       Plaintiff United States of America, by and through its counsel

21  of record, the United States Attorney for the Central District of

22  California and Assistant United States Attorneys Lindsey Greer

23  Dotson, Thomas F. Rybarczyk, and Michael J. Morse, and defendant MARK

24  RIDLEY-THOMAS, individually and by and through his counsel of record,

25  Galia Z. Amram and Alyssa D. Bell, hereby stipulate as follows:

26       1.   Following a 16-day trial, a jury convicted defendant MARK

27  RIDLEY-THOMAS of seven counts of Conspiracy (18 U.S.C. § 371),

28

Bribery (18 U.S.C. § 666), and Honest Services Mail and Wire Fraud (18 U.S.C. §§ 1341, 1343, 1346). (Dkt. 417.)

2. On August 28, 2023, the Court sentenced defendant to 42 months' imprisonment, three years' supervised release, and a $30,000 fine. (Dkt. 417.) The Court ordered a surrender date of November 13, 2023. (Id.)

3. On September 11, 2023, defendant filed a notice of appeal. (Dkt. 419.)

4. On October 2, 2023, defendant filed a motion seeking bail pending appeal (the "motion"). (Dkt. 423.)

5. To expedite the appellate process and obtain a final resolution of this case in a timely manner, the parties hereby stipulate as follows:

    a. For purposes of defendant's motion, the government does not dispute that defendant has met his burden of establishing, by clear and convincing evidence, that he is not likely to flee or pose a danger to any other person or the community, as he must pursuant to 18 U.S.C. § 3143(b)(1)(A).

    b. Although the government disputes the merits of the issues raised in defendant's motion and does not waive any argument with respect to any of those issues, the government does not dispute that defendant satisfies the minimal legal threshold necessary to assert a "substantial question" to secure bail pending appeal pursuant to 18 U.S.C. § 3143(b)(1)(B).

    c. Finally, the government does not contend that defendant's motion is for the purpose of delay.

///
///

6. Accordingly, the parties further stipulate as follows regarding bail pending appeal and an expedited appellate briefing and argument schedule:

    a. Provided defendant complies with the conditions of his release, the government will not oppose defendant remaining on bail for the duration of the appellate proceedings before the United States Court of Appeals for the Ninth Circuit, including the duration of proceedings relating to any petition for en banc rehearing.

    b. Upon conclusion of proceedings before the Ninth Circuit, defendant will not seek to stay the mandate. Should defendant petition for a writ of certiorari from the United States Supreme Court, he agrees not to seek bail pending the preparation, filing, or adjudication of that petition or any other proceedings before the Supreme Court.

    c. Defendant shall not seek an extension of time beyond January 25, 2024 to file his opening appellate brief.

    d. The government shall not seek an extension of time to file its answering brief beyond 60 days from the date defendant files his opening brief.

    e. Upon the filing of the answering brief, the parties will jointly request that the Ninth Circuit set oral argument for the earliest available date, excluding only those agreed upon dates for which an attorney handling oral argument is unavailable due to an immovable conflict. In the event an attorney handling oral argument becomes unavailable due to any extraordinary, unforeseen circumstance, the parties will not oppose setting oral argument for the next earliest available date.

   f. Defendant shall not seek more than a 30-day extension of the deadline to file his reply brief.

IT IS SO STIPULATED.

Dated: October 5, 2023  Respectfully submitted,

E. MARTIN ESTRADA
United States Attorney

MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division

*/s/ Lindsey Greer Dotson*
LINDSEY GREER DOTSON
THOMAS F. RYBARCZYK
MICHAEL J. MORSE
Assistant United States Attorneys

Attorneys for Plaintiff
UNITED STATES OF AMERICA

Dated: October ___, 2023  _____
          Defendant MARK RIDLEY-THOMAS

Dated: October ___, 2023  _____
          GALIA Z. AMRAM

Attorney for Defendant
MARK RIDLEY-THOMAS

Dated: October ___, 2023  _____
          ALYSSA D. BELL

Attorney for Defendant
MARK RIDLEY-THOMAS

      f.   Defendant shall not seek more than a 30-day extension of the deadline to file his reply brief.

IT IS SO STIPULATED.

Dated: October ___, 2023

Respectfully submitted,

E. MARTIN ESTRADA
United States Attorney

MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division

_____
LINDSEY GREER DOTSON
THOMAS F. RYBARCZYK
MICHAEL J. MORSE
Assistant United States Attorneys

Attorneys for Plaintiff
UNITED STATES OF AMERICA

Dated: October 4, 2023

*/s/ Mark Ridley-Thomas*
_____
Defendant MARK RIDLEY-THOMAS

Dated: October 4, 2023

*/s/ Galia Amram*
_____
GALIA Z. AMRAM

Attorney for Defendant
MARK RIDLEY-THOMAS

Dated: October 4, 2023

*/s/ Alyssa Bell*
_____
ALYSSA D. BELL

Attorney for Defendant
MARK RIDLEY-THOMAS

4