E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division
LINDSEY GREER DOTSON (Cal. Bar No. 266973)
THOMAS F. RYBARCZYK (Cal. Bar No. 316124)
MICHAEL J. MORSE (Cal. Bar No. 291763)
Assistant United States Attorneys
Public Corruption and Civil Rights Section
    1500 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone:  (213) 894-4443/8452/7367
    Facsimile:  (213) 894-0141
    E-mail:    lindsey.dotson@usdoj.gov
               thomas.rybarczyk@usdoj.gov
               michael.morse@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 21-00485-DSF-1 |
|---|---|
| Plaintiff, | <u>ORDER REGARDING BAIL PENDING APPEAL FOR DEFENDANT MARK RIDLEY-THOMAS</u> |
| v. | |
| MARK RIDLEY-THOMAS, | |
| Defendant. | |

    FOR GOOD CAUSE SHOWN, having read and considered the Stipulation Regarding Bail Pending Appeal for Defendant Mark Ridley-Thomas, the Court orders as follows:

    Provided defendant MARK RIDLEY-THOMAS complies with the conditions of his release and the terms set forth by the parties in their Stipulation, defendant may remain on bail for the duration of the appellate proceedings before the United States Court of Appeals

for the Ninth Circuit, including the duration of proceedings relating to any petition for en banc rehearing.

IT IS SO ORDERED.

October 5, 2023

DATE

HONORABLE DALE S. FISCHER
UNITED STATES DISTRICT JUDGE

Presented by:

*/s/ Lindsey Greer Dotson*
LINDSEY GREER DOTSON
Assistant United States Attorney

2